


# PROPOSED SINGLE FAMILY RESIDENCE

## KAY BUILDERS

6679 LEE COURT
BURR RIDGE, ILLINOIS

### DRAWING INDEX*

1 COVER SHEET/SITE PLAN
2 FRONT/REAR SIDE ELEVATIONS
3 LEFT SIDE ELEVATIONS
4 RIGHT SIDE ELEVATION
5 FOUNDATION PLAN
6 FIRST FLOOR PLAN
7 SECOND FLOOR PLAN
8 THIRD FLOOR PLAN
9 ELECTRIC FIRST FLOOR PLAN
10 ELECTRIC SECOND FLOOR PLAN
11 FINISH BASEMENT PLAN
12 DETAILS & SCHEDULES

*THE ARCHITECTS SEAL AND CERTIFICATION APPLIES TO ALL SHEETS OF THE DRAWING INDEX, 1-12

SITE PLAN
SCALE: 1" = 20'-0"

### GENERAL SPECIFICATIONS

DESIGN LOADS

| | |
|---|---|
| Stairs Load | 60 PSF live/10 PSF dead (deflection = l/360) |
| Floor Load | 40 PSF live/10 PSF dead (deflection = l/360) |
| Balconies & Decks Load | 100 PSF live/10 PSF dead (deflection = l/360) |
| Ceiling Load | 20 PSF live/10 PSF dead (deflection = l/240) |
| Roof Load | 30 PSF live/10 PSF dead |
| [illegible] Load | 20 PSF |
| Wind | 80 MPH, Category "C" |
| Snow | 30 PSF |
| Seismic Zone | [illegible] |

FOUNDATION

Footings have been designed for a soil bearing pressure of 2500 PSF. Soil bearing pressure to be confirmed in field by the Geotechnical Engineer. [illegible]

CONCRETE

All concrete shall develop a minimum compressive strength of 3,000 PSI at 28 days. [illegible]

ALL PIERS AND FOOTINGS MUST BE PLACED 4'-0" BELOW GRADE.

REINFORCING STEEL

[illegible]

STRUCTURAL STEEL

Fabrication and erection of structural steel shall be in accordance with AISC specifications for the design and erection of structural steel for buildings. Structural steel shall conform to the following ASTM specifications: [illegible]

Connections shall conform to AISC specifications. [illegible]

All steel bearing beams shall be provided with standard angle wall anchors and shall bear a minimum 8" unless otherwise noted. [illegible]

WOOD FRAMING

Wood shall conform to "National Design Specifications for Wood Construction" by National Forest Products, latest edition. [illegible]

MASONRY

[illegible]

MISCELLANEOUS

[illegible]

I HEREBY CERTIFY UNDER OATH THAT THESE PLANS WERE PREPARED BY ME OR UNDER MY DIRECT SUPERVISION, THAT I AM FAMILIAR WITH THE CODES AND ORDINANCES OF THE VILLAGE OF BURR RIDGE, AND TO THE BEST OF MY KNOWLEDGE THESE PLANS COMPLY WITH THE BUILDING ORDINANCE, ZONING ORDINANCE AND OTHER APPLICABLE CODES AND ORDINANCES OF THE VILLAGE OF BURR RIDGE, ILLINOIS

ROBERT A. MIFFLIN

KAY BUILDERS
LOT 4
6679 LEE COURT
BURR RIDGE, ILL.

SHEET
1 OF 12

KAY BUILDERS
LOT 4
6879 LEE COURT
BURR RIDGE, ILL.

KAY BUILDERS
LOT 4
6679 LEE COURT
BURR RIDGE, ILL.

KAY BUILDERS
LOT 4
6879 LEE COURT
BURRIDGE

KAY BUILDERS
LOT 4,
6679 LEE COURT
BURR RIDGE, ILL.
5 OF 12
UNEXCAVATED
BASEMENT

RAM
RAM
KAY BUILDERS
LOT 4
6679 LEE COURT
BURR RIDGE, ILL.
6 OF 12
FIRST FLOOR PLAN
FAMILY ROOM
KITCHEN
DINING ROOM
LIVING ROOM
FOYER
LIBRARY
SUN ROOM
BREAKFAST RM
LAUNDRY
WOOD DECK
STONE PATIO
PWD RM
3 CAR GARAGE







RAM
RAM

KAY BUILDERS
LOT 4,
6679 LEE COURT
BURR RIDGE, ILL.

7 OF 12

SECOND FLOOR PLAN
SITTING ROOM
MASTER BEDROOM
MASTER BATH
W.I.C.
STORAGE
BATH 5
BEDROOM 4
LOFT
BEDROOM 3
BEDROOM 2
LAUNDRY

KAY BUILDERS
LOT 4,
6678 LEE COURT
BURR RIDGE, ILL.

THIRD FLOOR PLAN

KAY BUILDERS
LOT 4
6679 LEE COURT
BURR RIDGE

9 OF 12

RAM
RAM
RAM

KAY BUILDERS
LOT 4
6879 LEE COURT
BURR RIDGE, ILL.

10 OF 12

SITTING ROOM
MASTER BATH
W.I.C.
W.I.C.
STORAGE
MASTER BEDROOM
BATH
BEDROOM 4
LOFT
BEDROOM 3
BATH 3
LAUNDRY
BEDROOM 2
BATH 2
W.I.C.
SECOND FLOOR PLAN




RAM
RAM

KAY BUILDERS
LOT 4
6679 LEE COURT
BURR RIDGE, ILL.

11 OF 12

FINISHED BASEMENT
EXERCISE RM
MECH. ROOM
BATH 3
BEDROOM
BATH 2
UNEXCAVATED
FAMILY ROOM
BAR

KAY BUILDERS
LOT 4
6679 LEE COURT
BURR RIDGE, ILL.

12 OF 12

# PARENTE RESIDENCE

## KAY BUILDERS

8734 JOHNSTONE ROAD
HIGHLAND FIELDS
BURR RIDGE, ILLINOIS

### DRAWING INDEX*

1 COVER SHEET/SITE PLAN
2 FRONT ELEVATION
3 LEFT SIDE ELEVATION
4 REAR ELEVATION
5 PARTIAL REAR ELEVATION
6 RIGHT SIDE ELEVATIONS
7 FIRST FLOOR PLAN
8 SECOND FLOOR PLAN
9 FOUNDATION PLAN
10 FINISH BASEMENT PLAN
11 RAISED DECK PLANS
12 ROOF/ATTIC PLAN
13 ELECTRIC FIRST FLOOR PLAN
14 ELECTRIC SECOND FLOOR PLAN
15 WALL SECTIONS
16 DETAILS & SCHEDULES

* THE ARCHITECTS SEAL AND CERTIFICATION APPLIES TO ALL SHEETS OF THE DRAWING INDEX, 1-16

BUILDING CODES

2012 INTERNATIONAL RESIDENTIAL CODE FOR ONE AND TWO FAMILY DWELLINGS W/ AMENDMENTS; 2012 INTERNATIONAL ENERGY CONSERVATION CODE W/ AMENDMENTS; [illegible] PLUMBING CODE W/ AMENDMENTS, LATEST EDITION; [illegible] NATIONAL ELECTRICAL CODE W/ AMENDMENTS; [illegible]
2012 INTERNATIONAL MECHANICAL CODE; 2012 INTERNATIONAL FUEL GAS CODE; 2012 INTERNATIONAL EXISTING BUILDING CODE; 2012 INTERNATIONAL FIRE CODE

### SITE DATA

| | |
|---|---|
| LOT AREA | 38,921 S.F. |
| MAXIMUM FLOOR AREA ALLOWED (0.2) | [illegible] |
| PROPOSED FLOOR AREA | |
| FIRST FLOOR AREA (1 UNIT) | [illegible] SF |
| 4 CAR GARAGE 1040 SF | 40 SF |
| SECOND FLOOR AREA | [illegible] SF |
| PROPOSED TOTAL LIVABLE FLOOR AREA | [illegible] SF |

### GENERAL SPECIFICATIONS

DESIGN LOADS

Sleeping Load: 30 PSF live/10 PSF dead (deflection = 1/360)
Floor Load: 40 PSF live/10 PSF dead (deflection = 1/360)
Balconies & Decks Load: 100 PSF live/10 PSF dead (deflection = 1/360)
Ceiling Load: 20 PSF live/10 PSF dead (deflection = 1/240)
Roof Load: 30 PSF live/10 PSF dead
Ceiling Load: 20 PSF
Wind: [illegible] MPH, Category "C"
Snow: 30 PSF
Seismic Zone: [illegible]

FOUNDATION

Footings have been designed for a soil bearing pressure of 2500 PSF.
Soil bearing pressure to be confirmed in field by the Geotechnical Engineer.
Foundations are to be poured immediately after excavation.
Any variation in soil bearing pressure or footing depth shall be reported to the Structural Engineer.
Backfill and controlled fill to be monitored by the Geotechnical Engineer.

CONCRETE

All concrete shall develop a minimum compressive strength of 3,500 PSI at 28 days.
All concrete shall conform to American Concrete Institute "Building Code Requirements for Reinforced Concrete" (ACI 318-83) and Specifications for Structural Concrete in Buildings (ACI 301-84)
Refer to architectural, mechanical, and electrical drawings for openings, sleeves, inserts, slab depressions, [illegible], and other items related to concrete work.
ALL PIERS AND FOOTINGS MUST BE PLACED 4'-0" BELOW GRADE.

REINFORCING STEEL

All reinforcing steel shall be high strength new deformed bars conforming to ASTM A615 Grade 60.
Detailing of reinforcing steel shall conform to the ACI Detailing Manual.
Welded wire fabric shall conform to ASTM A185.
Lap bars 36 diameters unless otherwise noted.
Coverage of reinforcing steel shall be as follows:
Walls: 2"
Footings: 3"

| SEISMIC DESIGN CRITERIA | | | | | |
|---|---|---|---|---|---|
| GROUND SNOW LOAD | WIND SPEED (MPH) | SEISMIC DESIGN CATEGORY | WEATHERING | FROST LINE DEPTH | TERMITE |
| 30 | [illegible] | [illegible] | SEVERE | 42" | [illegible] |
| WINTER DESIGN TEMP | ICE BARRIER UNDERLAYMENT | FLOOD HAZARD | MEAN ANNUAL TEMP | AIR FREEZING INDEX | |
| [illegible] | YES | REFER TO LOCAL ORDINANCES | [illegible] | [illegible] | |

STRUCTURAL STEEL

Fabrication and erection of structural steel shall be in accordance with AISC specifications for the design and erection of structural steel for buildings.
Structural steel shall conform to the following ASTM specifications:
Structural shapes: ASTM A36
Steel and plates: ASTM A36
Connections shall conform to AISC Specifications. Bolted connections shall be 3/4" diameter A325, type N, H.S. bolts. Welded connections shall be E70 by certified welders and shall conform to the AWS code.
All wall bearing beams shall be provided with standard angle wall anchors and shall bear a minimum 8" unless otherwise noted.
Where not specified on the drawings, provide one (1) angle for each 4" of masonry wall thickness at recesses and openings in masonry walls.
Angles sizes to be:
3 1/2" x 3 1/2" x 5/16" for all openings 4'-0" wide or less
5" x 3 1/2" x 5/16" for openings 4'-0" to 8'-0" wide
Provide 16" wide and 24" deep solid block or bearing of beams and lintels unless otherwise noted on the drawings.

WOOD FRAMING

Wood shall conform to "National Design Specifications for Wood Construction" by National Forest Products, latest edition.
Glue laminated timber shall conform to the specifications of the American Institute of Timber Construction.
Wood design values are as follows:
Glue laminated timber: [illegible]
Joists and rafters: [illegible]
[illegible]
[illegible]
[illegible]

MASONRY

All masonry (for reinforced) shall conform to Building Code Requirements for Masonry Structures (ACI-530, 530-88) and Specifications for Masonry Structures.
Minimum compressive strength of masonry (fm): 2000 PSI.
Masonry walls shall be adequately braced during erection.
For Tests see specifications.

MISCELLANEOUS

Unless otherwise noted, all details, sections, and notes on the drawings are intended to be typical for similar situations.
Contractor shall verify all existing conditions before fabrication of any components.
If at any time during construction contractor encounters conditions that are different than shown on the drawings, he shall report the discrepancy to the Architect immediately.

| INSULATION AND FENESTRATION REQUIREMENTS BY COMPONENT PER TABLE 402.1.1 INTERNATIONAL ENERGY CONSERVATION CODE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIMATE ZONE | FENESTRATION U-FACTOR | SKYLIGHT U-FACTOR | GLAZED FENESTRATION SHGC | CEILING R-VALUE | WOOD FRAME WALL R-VALUE | MASS WALL R-VALUE | FLOOR R-VALUE | BASEMENT WALL R-VALUE | SLAB R-VALUE & DEPTH | CRAWL SPACE WALL R-VALUE |
| | 0.30 | 0.55 | NR | 49 | 20 OR 13+5 | 13/17 | 30 | 15/19 | 10,2FT | 15/19 |

| ACTUAL INSULATION PROVIDED BY COMPONENT IN THIS PROJECT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLIMATE ZONE | FENESTRATION U-FACTOR | SKYLIGHT U-FACTOR | GLAZED FENESTRATION SHGC | CEILING R-VALUE | WOOD FRAME WALL R-VALUE | MASS WALL R-VALUE | FLOOR R-VALUE | BASEMENT WALL R-VALUE | SLAB R-VALUE & DEPTH | CRAWL SPACE WALL R-VALUE |
| * | 0.32 | N/A | 0.32 | 49 | 21 | N/A | 30 | 19 | N/A | N/A |

WINDOWS AND SLIDING GLASS DOORS LIMITED TO NO MORE THAN 0.3CFM PER SQ. FOOT AIR LEAKAGE. SWINGING DOORS LIMITED TO NO MORE THAN 0.5 CFM PER SQ. FOOT

I HEREBY CERTIFY UNDER OATH THAT THESE PLANS WERE PREPARED BY ME OR UNDER MY DIRECT SUPERVISION, THAT I AM FAMILIAR WITH THE CODES AND ORDINANCES OF THE VILLAGE OF BURR RIDGE, AND TO THE BEST OF MY KNOWLEDGE THESE PLANS COMPLY WITH THE BUILDING ORDINANCE, ZONING ORDINANCE AND OTHER APPLICABLE CODES AND ORDINANCES OF THE VILLAGE OF BURR RIDGE, ILLINOIS

ROBERT A. MIFFLIN

159.32'
203.79'
JOHNSTON ROAD

SITE PLAN

SCALE: 1" = 20'-0"

1 OF 16

EXHIBIT
B

RAM RAM RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-915-6000
2 OF 16
FRONT ELEVATION

LEFT SIDE ELEVATION (south)
RAM
RAM
RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-918-6000
SHEET
3 OF 16

REAR ELEVATION

RAM RAM RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-815-6000
5 OF 16
REAR ELEVATION
PARTIAL REAR ELEVATION

RAM
RAM
RAM
PARENTE RESIDENCE
6734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-515-6000
6 OF 16
RIGHT SIDE ELEVATION

RAM
RAM
RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-815-6000
7 of 16
BREAKFAST RM
PANTRY
MUD ROOM
PWD RM
4 CAR GARAGE
KITCHEN
HALL
BUTLER PANTRY
RAISED DECK
DINING ROOM
STONE PATIO
FAMILY ROOM
FOYER
COVERED ENTRY
LIVING ROOM
RAISED DECK
SUNROOM
HALL
LIBRARY
PWD RM
FIRST FLOOR PLAN

RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-915-6000
8 of 16
MASTER BEDROOM
MASTER BATH
BEDROOM 2
BEDROOM 3
BEDROOM 4
BEDROOM 5
BEDROOM 6
HALL
LAUNDRY
W.I.C.
SECOND FLOOR PLAN

PARENTE RESIDENCE
6734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-915-8000
9 OF 16
SECTION @ FRONT DOOR
UNEXCAVATED
BASEMENT
BATH
UNEXCAVATED
UNEXCAVATED
FOUNDATION PLAN

RAM RAM RAM
PARENTE RESIDENCE
6734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-918-6000
10 OF 16
WINE CELLAR
BAR
FAMILY ROOM
FINISH BASEMENT
KITCHEN
MECH RM
CHANGE RM
BATH
MECH RM
SAUNA
THEATER
EXERCISE RM
BATH
SPORTS COURT
ELECTRIC SYMBOLS
FINISH BASEMENT PLAN

RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-915-6000
11 of 18
RAISED DECK FRAMING PLAN
RAISED DECK FOUNDATION PLAN
RAISED DECK PLAN
BREAKFAST RM
KITCHEN
FAMILY ROOM
SUNROOM

MASTER BEDROOM
W.I.C.
BEDROOM 2
MASTER BATH
HALL
BEDROOM 5
LAUNDRY
HALL
W.I.C.
BEDROOM 3
BEDROOM 4
BATH 5
BATH 6
BEDROOM 6
ROOF PLAN
LOFT
STORAGE
ATTIC FLOOR PLAN
THERMOSTATICALLY CONTROLLED ATTIC FAN
RAM RAM RAM
PARENTE RESIDENCE

RAISED DECK
FAMILY ROOM
SUNROOM
LIBRARY
BREAKFAST RM
KITCHEN
PANTRY
MUD ROOM
HALL
BUTLER PANTRY
FOYER
DINING ROOM
LIVING ROOM
4 CAR GARAGE
STONE PATIO
ELEC. FRIST FLOOR PLAN
ELECTRICAL RISER DIAGRAM
ELECTRIC SYMBOLS
RAM
RAM
RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-915-6000
13 of 16

RAM RAM RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-915-6000
14 of 16
ELECTRIC SYMBOLS
NO POINT ALONG THE FLOORLINE IN ANY WALL SPACE 2' OR MORE IN WIDTH, SHALL BE MORE THAN 6' FROM A RECEPTACLE
ALL RECESSED LIGHT FIXTURES LOCATED IN THE BUILDING ENVELOPE SHALL BE SEALED IN ACCORDANCE WITH IECC SECTION 402.4.3
ALL FLEXIBLE CONDUITS TO HAVE SEPARATE GROUND WIRE INSTALLED
PROVIDE LIGHT AT ALL ACCESS PANELS TO ATTIC SPACES
FLOOR RECEPTACLES MUST BE G.F.I.
ALL BEDROOM OUTLETS TO BE ON AN ARC-FAULT CIRCUIT
ALL GFI OUTLETS TO BE LED VARIETY
NOTE: ALL FANS TO BE VENTED TO OUT SIDE OF HOUSE
TAMPER RESISTANT RECEPTACLES ARE REQUIRED SEC. 210.D, NEC
MASTER BEDROOM
MASTER BATH
W.I.C.
BEDROOM 2
BEDROOM 3
BEDROOM 4
BEDROOM 5
BEDROOM 6
LAUNDRY

TYPICAL ROOF CONSTRUCTION
COLLAR TIES @ 48" O.C.
ALL EXPOSED INSULATION SHALL HAVE A FLAME SPREAD RATING NOT TO EXCEED 25
TYP. SOFFIT-FASCIA
TYPICAL FLOOR CONSTR.
2nd FLOOR
TYPICAL WALL CONSTR.
TYPICAL SILL PLATE
1st FLOOR
3 1/2" BATT INSULATION ON ALL INTERIOR BASEMENT WALLS
SEE FINISH BASEMENT PLAN FOR LOCATION OF FINISH WALLS
TYPICAL BASEMENT SLAB
BASEMENT FLOOR
TYPICAL WALL SECTIONS
RAM RAM RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-915-6000
15 OF 18

RAM RAM RAM
PARENTE RESIDENCE
8734 JOHNSTONE ROAD
BURR RIDGE, IL
KAY BUILDERS
630-815-8000
16 OF 16
LIGHT AND VENTILATION SCHEDULE
LINTEL SCHEDULE
WOOD HEADER SCHEDULE
DRAIN & VENT DIAGRAM
HOT & COLD WATER RISER DIAGRAM
FLUSH HEARTH DETAIL
FIREPLACE SECTION
DETAIL @ SINGLE GARAGE DOOR
PRECAST DETAILS
UNDER GARAGE
UNDER HOUSE
BASEMENT DETAIL @ GARAGE
WALL SECTION @ GARAGE
TYPICAL STAIR SECTION

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-228-569**
**Effective Date of Registration:**
December 16, 2015

## Title

**Title of Work:** Construction and Permit Drawings for 8734 Johnston Road, Burr Ridge, Illinois

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Robert A. Mifflin
  **Author Created:** architectural work
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1948

## Copyright Claimant

**Copyright Claimant:** Kay Brothers Enterprises, Inc.
P.O. Box 431, Hinsdale, IL, 60572, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Perkins IP Law Goup LLC
**Name:** Jefferson Perkins
**Email:** jperkins@perkinsip.com
**Telephone:** (630)505-1305
**Alt. Telephone:** (630)505-1310
**Address:** 4200 Commerce Court
Suite 310
Lisle, IL 60532 United States

## Certification

**Name:** Jefferson Perkins
**Date:** December 16, 2015

EXHIBIT
C

**Applicant's Tracking Number:** 30256.0002

*0000VAU001228569O202*

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-228-614**
**Effective Date of Registration:**
December 16, 2015

## Title

**Title of Work:** Construction and Permit Drawings for 8734 Johnston Road, Burr Ridge, Illinois

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Robert A. Mifflin
  **Author Created:** technical drawing
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1948

## Copyright Claimant

**Copyright Claimant:** Kay Brothers Enterprises Inc.
P.O. Box 431, Hinsdale, IL, 60572, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Perkins IP Law Group LLC
**Name:** Jefferson Perkins
**Email:** jperkins@perkinsip.com
**Telephone:** (630)505-1305
**Alt. Telephone:** (630)505-1310
**Address:** 4200 Commerce Court
Suite 310
Lisle, IL 60532 United States

## Certification

**Name:** Jefferson Perkins
**Date:** December 16, 2015

**Applicant's Tracking Number**: 30256.0002

*0000VAU001228614O202*

#2

R.A. MIFFLIN ARCHITECTS
818 HARRISON
OAK PARK, ILLINOIS 60304
708-383-9443

October 12, 2015

To whom it may concern

Re: Copy right assignment
Kay Brother's enterprises
Lot 4
Burr Ridge, IL

This is to acknowledge that during the months leading up to June 7, 2002, I designed and completed, with input from Bob and John Kay, construction and permit drawings for a single family residence to be constructed on Lot 4, Burr Ridge Il., with the common address of 6679 Lee court.

The plans for this home were submitted along with a building application to the Village of Burr Ridge, Il, to be constructed as a speculative for sale property.

Included with my final payment for services, I acknowledged and granted all ownership and copy rights of this home to Kay Brother's Enterprises for their exclusive use.

Robert A. Mifflin

R.A. Mifflin Architects

EXHIBIT
D

# MEMORANDUM OF COPYRIGHT ASSIGNMENT

MEMORANDUM OF COPYRIGHT ASSIGNMENT made effective December 15, 2015 ("Effective Date"), by and between ROBERT A. MIFFLIN, an Illinois resident having an address of 818 Harrison Street, Suite 201, Oak Park, Illinois 60304, doing business as R. A. Mifflin Architects ("Author"); and KAY BROTHERS ENTERPRISES, INC., an Illinois corporation having an address of P.O. Box 431, Hinsdale, Illinois 60572 ("Assignee").

RECITALS

A. On or about June 7, 2002, Author completed a first pictorial and architectural work entitled "Construction and Permit Drawings for 6679 Lee Court, Burr Ridge, Illinois" (the "First Work"). The First Work consists of 12 sheets of drawings for a residence which was to have been built at the last said address.

B. On June 7, 2002, as included in his acknowledgement that the final payment for his services had been received, Author acknowledged and granted all ownership and copyrights in the First Work to Assignee.

C. On or about April 1, 2015, Author completed a second pictorial and architectural work entitled "Construction and Permit Drawings for 8734 Johnston Road, Burr Ridge, Illinois" (the "Second Work"). The Second Work was derived from the First Work and was done at the direction of Assignee. The Second Work consists of 16 sheets of drawings for a residence to be built at 8734 Johnston Road, Burr Ridge, Illinois.

D. Assignee desires to confirm and memorialize the assignment of the First Work made in June 7, 2002, and to obtain all copyright rights in the First and Second Works.

PROVISIONS

NOW THEREFORE, the parties acknowledge the above premises and further agree as follows.

For one dollar and other good and valuable consideration, the receipt and sufficiency of which Author hereby acknowledges, Author assigns to Assignee:

1. all right, title and interest in and to the copyright in the First Work, to the extent not already assigned to Assignee, and, for the avoidance of all doubt, Author confirms that he previously assigned the copyright in the First Work to Assignee;

2. all right, title and interest in and to the copyright in the Second Work; and

EXHIBIT
E

3. all rights of action which, as of the Effective Date hereof, may have accrued for infringement of the copyright in either or both of the First and Second Works.

IN WITNESS WHEREOF, Author has executed this Memorandum of Copyright Assignment on the date first above written.

Robert A. Mifflin

W:\30256 Kay Brothers Enterprises, Inc\30256.0002 -Copyright Registration\MEMORANDUM OF COPYRIGHT ASSIGNMENT.docx

#1A

R.A. MIFFLIN ARCHITECTS
818 HARRISON
OAK PARK, ILLINOIS 60304
708-383-9443

November 13, 2014

Kay Builders

Re: Proposal for design of new single family residence
Mr. and Mrs. Joseph Parente
Lot 69 Highland Fields Subdivision
Burr Ridge, IL

This proposal is for all the necessary revisions that need to be made to an existing set of plans for a single family residence. The original plans were prepared for Kay Builders and designed for their lot at 6679 Lee Court, Burr Ridge. Revisions will be completed, based on this existing set of drawings in order for the proposed house to be constructed on a walk out lot (#69) in the Highland Fields subdivision, Burr Ridge, owned by Mr. and Mrs. Joseph Parente.

As we discussed, the proposed residence will be adapted to the walk out topography grading of Lot 69 in Highland fields subdivision. Building elevations, floor plans, building sections and details will all be revised to reflect the new building site. The drawings will incorporate all changes that have occurred in zoning, building codes and the general ordinances of Burr Ridge, since the completion of the original drawings. Additionally all interior and exterior revisions discussed at a meeting on November 11, between the lot owners and Kay Builders will be incorporated into the plans. Any additional revisions discussed during the completion of the drawing will be added.

Upon approval of a preliminary plan, which will incorporate all the revisions requested by the home owners, I will proceed with the final construction drawings complying with all applicable building and zoning requirements, along with specifications and details necessary for bidding, obtaining a building permit and construction. During this phase we can arrange any number of meetings to review the progress of the drawings and the evolution of details, floor plans, interior and exterior elevations.

Included in my proposal will be prints of drawings for review during the design phase. All Additional printing of drawings for bidding, building permits or outside designers will be invoiced separately at the rate of cost plus 10%.

**FEE**



1 B

The professional services listed above will be performed for a fixed fee:

Fixed fee ........................................................................ $10,000.00

An initial payment ........................................................................ $ 3,500.00

Start of final construction drawings ........................................................................ $ 4,000.00

Payment at completion of drawing for permit submittal ........................................................................ $ 2,000.00

Final payment at issue of permit ........................................................................ $ 500.00

The following items are not part of this agreement; civil design and drawings, plat of survey, topographic plans; civil design and drawings; soil testing; structural design based on standard spread footings and 3000 PSI soil; EPA investigation of site; site plumbing; fire protection drawings and design, if required; construction observation; preparation of as- built drawings after completion; redraw of plans after completion in order to reduce construction cost; detail millwork design; meetings and coordination with contractors, interior designers, lawyers, building/village officials; obtaining bids, or building variance; detailed construction drawings for millwork cabinets; printing of drawings; landscape design, renderings.

Additional Compensation:

Additional services provide by RAM as described above will be billed at the rate of time expended and the expense incurred at the following rate:

Architect ........................................................................ $ 125.00/hr

Technical Associate ........................................................................ $ 60.00/hr

Secretarial/office support ........................................................................ $ 30.00/hr

I trust these terms are agreeable. I look forward to working with you on this project, and again thank you for the opportunity to assist you in your building efforts.

Sincerely
R.A. Mifflin Architects

Robert A. Mifflin

12/4/14

#5

Gmail

john kajmowicz <johnkay54@gmail.com>

## Kay Bros

1 message

**john kajmowicz** <johnkay54@gmail.com> Tue, Jul 7, 2015 at 10:14 AM
To: "jp@pninjurylaw.com" <jp@pninjurylaw.com>
Cc: "bobkay54@gmail.com" <bobkay54@gmail.com>

Joe please be advised that after emails and phone calls with no response . Kay Bros Ent. is no longer involved in any of your current or future building efforts .Also be advised that the current plans you have in your possession for 8734 Johnston Road ,Burr Ridge ,IL are the sole property of Kay Bros Ent. and any use ,alteration or reproduction of the these drawings and plans without written consent from Kay Bros Ent. is strictly prohibitive and will be strongly enforced .Feel free to call and discuss .Kay Bros Ent.

EXHIBIT
6

#3A

John kajmowicz <johnkay54@gmail.com>

# Fw: Re: final payment for revisions to Kay builder plans

3 messages

**ramifflinltd@netzero.net** <ramifflinltd@netzero.net> Mon, Aug 17, 2015 at 12:27 PM
To: johnkay54@gmail.com

---------- Forwarded Message ----------
From: Ron Vari <ron.rvariandassociates@gmail.com>
To: "ramifflinltd@netzero.net" <ramifflinltd@netzero.net>
Subject: Re: final payment for revisions to Kay builder plans
Date: Mon, 17 Aug 2015 10:15:47 -0500

Hi Bob spoke to Joe he indicated that he would like a release from the Kay brothers indicating that Joe now has ownership of the prints and he would be happy to pay the balance.

Please let me know talk soon.

Thank you,

Ron Vari

Sent from my iPhone

On Aug 16, 2015, at 9:47 PM, "ramifflinltd@netzero.net" <ramifflinltd@netzero.net> wrote:

> Please note: forwarded message attached
>
> From: "ramifflinltd@netzero.net" <ramifflinltd@netzero net>
> To: ramifflinltd@netzero.net
> Subject: final payment for revisions to Kay builder plans
> Date: Mon, 17 Aug 2015 02:43:58 GMT
>
> Is anybody going to pay this?
>
> **Want to place your ad here?**
> Advertise on United Online
> www.adsonar.com
>
> <parenti invoice.docx>

**ramifflinltd@netzero.net** <ramifflinltd@netzero.net> Mon, Aug 17, 2015 at 12:36 PM
To: johnkay54@gmail.com

EXHIBIT H

#3B

---------- Forwarded Message ----------
From: Ron Vari <ron rvariandassociates@gmail com>
To: "ramifflinltd@netzero net" <ramifflinltd@netzero.net>
Subject: Re: final payment for revisions to Kay builder plans
Date: Mon, 17 Aug 2015 06:48:57 -0500

Good morning Bob, hoping all is well.

I will forward along...will relay any response as quickly as I hear.

Thank you,

Ron Vari

Sent from my IPhone

On Aug 16, 2015, at 9:47 PM, "ramifflinltd@netzero net" <ramifflinltd@netzero.net> wrote:

> Please note: forwarded message attached
>
> From: "ramifflinltd@netzero.net" <ramifflinltd@netzero.net>
> To: ramifflinltd@netzero.net
> Subject: final payment for revisions to Kay builder plans
> Date: Mon, 17 Aug 2015 02:43:58 GMT
>
> Is anybody going to pay this?
>
> **Want to place your ad here?**
> Advertise on United Online
> www.adsonar.com
>
> <parenti invoice.docx>

---

**Johnkajmowicz** <johnkay54@gmail.com> Mon, Aug 17, 2015 at 12:41 PM
To: John kajmowicz <johnkay54@gmail.com>

Sent from my iPhone

Begin forwarded message

> **From:** "ramifflinltd@netzero net" <ramifflinltd@netzero.net>
> **Date:** August 17, 2015 at 12:27:29 PM CDT
> **To:** johnkay54@gmail.com
> **Subject: Fw: Re: final payment for revisions to Kay builder plans**

[Quoted text hidden]

# 4

miff

Gmail

Move to Inbox

More

COMPOSE

Inbox (64)
Starred
Important
Sent Mail
Drafts (56)
[Gmail]All Mail
john kay
Kaybrothershomes
Kaybrothershomes@
Melaniekajmowicz@g
parents

John

No Hangouts Contacts
Find someone

## final payment for revisions to Kay builder plans

Inbox x

**ramiffinltd@netzero.net** <ramiffinltd@netzero.net>
to me

Ron,

The $500.00 is the balance remaining for revisions as requested by Joe to existing Kay builder plans. The changes are complete and a permit was issued. The final payment is due.

As far as Joe's request for a release of the plans from the Kay brothers, they are the property of Kay brothers, I have nothing to say about that. You should contact them regarding the rights to the plans.

Thank you,

Robert Mifflin

**Want to place your ad here?**
Advertise on United Online
www.adsonar.com

**John kajmowicz** <johnkay64@gmail.com>
to bobkay54

Sent from my iPad

Begin forwarded message:

> **From:** "ramiffinltd@netzero.net" <ramiffinltd@netzero.net>
> **Date:** August 18, 2015 at 5:44:53 PM CDT
> **To:** johnkay54@gmail.com
> **Subject:** final payment for revisions to Kay builder plans

**John kajmowicz**
Here's Bob mifflins response to Ron varies e mail Sent from my iPad Begin for...

EXHIBIT
I

#6A

Edward J. Momkus
James F. McCluskey
James P. Marsh
E. Angelo Spyratos
Kimberly A. Davis
James B. Harkness

Matthew A. Arnold
Joseph R. Fortunato, Jr.
Jennifer L. Friedland
Melinda S. Malecki
William J. Scott, Jr.
Martin D. Tasch

*Of Counsel*
Robert R. Bruce
Heather L. Genck
Craig S. Stevens

Desiree K. Allen
Daniel J. Biederman, Sr.
Raya D. Bogard
Patrick R. Boland
Michelle E. Dahlquist
Kimberly D. Fahrbach
Neil T. Goltermann
Mary Kostopoulos
Josh R. Ladwig
Christopher M. Lunardini
Lauryn E. Parks
Pamela L. Pierro
Gerald T. Rohrer, Jr.
Mallory P. Sanzeri
Matthew R. Schreck
Dimitrios E. Spyratos

**Writer's Direct Phone:** **630-434-0414**
**Writer's Fax:** **630-434-0444**
**Writer's E-mail:** **pboland@momlaw.com**

July 17, 2015

***Via Certified Mail – Return Receipt Requested***

Joseph D. Parente
8744 Johnston Road
Burr Ridge, Illinois 60527

Re: Kay Brothers Enterprises Inc.'s Plans and Outstanding Amounts Owed
Our File No. 7181.150593

Dear Mr. Parente:

We represent Kay Brothers Enterprises Inc. We write this letter to demand that you make payment of $4,500.00 to our client, Kay Brothers Enterprises Inc. and that you return all copies of the architectural plans ("Plans") that are in your possession, which are owned by our client and created by R.A. Mifflin Architects.

Recently, you were in negotiations with our client for the construction of a custom built home at 8734 Johnston Road, Burr Ridge, Illinois ("Property"). In furtherance of those negotiations and acting upon your direction, our client installed a construction fence around the Property at the cost of $3,500.00 plus additional permitting costs of $1,000.00 necessary for the construction to occur at the Property, and lcosts for waste and surveying totaling $754.00. Enclosed herein as Group Exhibit A are copies of the invoices for the construction fence, waste services, surveyor's expenses and a receipt for $1,000.00 from the Village of Burr Ridge,

Our client is the exclusive owners of the Plans that it commissioned for the construction at your Property. The Plans are our client's personal, copyrighted property. Our client has learned that you acquired the Plans from the Village of Burr Ridge and wrongfully continue to possess the Plans. Our client's rights and interests in the Plans are exclusive, and the Plans may not be used without their consent. You are not authorized to use or possess the Plans or provide them to any third parties.

As you know, the Plans themselves have a value of greater than $50,000.00 and the profits to be gained from using the Plans exceed $500,000.00. If you choose to retain the Plans and use the Plans for any

*1001 Warrenville Road, Suite 500, Lisle, IL 60532 • Tel: 630.434.0400 • Fax: 630.434.0444 • www.momlaw.com*
221 North LaSalle Street, Suite 2050 • Chicago, IL 60601 • Tel: 312.345.1955 • Fax: 312.419.1946 • www.momlaw.com

EXHIBIT
I

12/07/2015 10:23 FAX 16309860306 CANON 010/012

#6 B

construction in the future, our client is prepared to act swiftly and with all legal recourse to ensure that its interests are protected and that our client recoups all possible damages, including attorneys' fees.

Our client demands that you return the Plans in your possession immediately to the attention of the undersigned. In the event you provided the Plans to a third party, we demand that you provide us the name and contact information of that third party and that you instruct that third party to return or destroy all copies of the Plans. Please carbon copy us on any such communication to a third party.

In addition to the above demand, our client demands payment for the $5,254.00 of construction and permitting costs incurred on your behalf. Within 7 days from the date of this letter, please remit payment payable to our client in the form of certified funds and addressed to the undersigned attorney.

Please contact me if you have any questions or concerns. You may reach me at 630-434-0414 or by e-mail at pboland@momlaw.com.

Very truly yours,

MOMKUS MCCLUSKEY, LLC

Patrick R. Boland

By: Patrick R. Boland

W:\5500_\5500\1181.180680 Key Bros\Corr\Adverse Party\Demand.docx

***1001 Warrenville Road, Suite 500, Lisle, IL 60532 • Tel: 630.434.0400 • Fax: 630.434.0444 • www.momlaw.com***
221 North LaSalle Street, Suite 2050 • Chicago, IL 60601 • Tel: 312.345.1955 • Fax: 312.419.1546 • www.momlaw.com

Naperville
Construction
Fence Rental
630
664-1134
NO PARKING
PROVENCAL
CONSTRUCTION
Design/Build Custom Homes
· Home Additions/Remodeling ·
· Gourmet Kitchens ·
· Custom Cabinetry & Millwork Packages ·
630 323-6795
provencalconstruction.com
EXHIBIT
K

PROVENCAL
CONSTRUCTION
Design/Build Custom Homes
• Home Additions/Remodeling •
• Gourmet Kitchens •
• Custom Cabinetry & Millwork Packages •
630 323-6795
provencalconstruction.com
ge of Burr Ridge
uction Code of Conduct
Permitted Work Hours:
Monday to Friday: 7 AM to 7 PM
Obey Traffic and Parking Rules:

Village of Burr Ridge
Construction Code of Conduct
VILLAGE OF BURR RIDGE
Building & Use Permit
Permit # 15-035
8734 Johnston Rd.
Provencal Construction
(630) 323-6768
June 2, 2015
All construction operations and personnel must comply with the rules and regulations detailed in Village of Burr Ridge Building Ordinance and as summarized below.
Permitted Work Hours:
- Monday to Friday: 7 AM to 7 PM
- Saturday & Sunday: 8 AM to 5 PM
Obey Traffic and Parking Rules:
- Do not block streets, driveways or sidewalks.
- Do not park on parkways.
- Observe all speed limits & drive defensively.
- Watch for children.
Maintain a Clean Work Area:
- Keep all work within the limits of the construction fence.
- Properly maintain construction fence and erosion control measures.
- Do not dump materials on the street, parkway, or sidewalk.
- Remove mud and debris from streets and sidewalks immediately.
- If necessary, rinse vehicles before leaving site.
- Do not wash concrete, mud or other waste into streets or storm sewers.
- Keep all trash and debris in an approved container with a closed lid.
Be Courteous to Neighbors:
- Do not trespass on neighboring property.
- Keep noise levels to a minimum. Keep radio volumes low.
- Use the on-site portable sanitation facility.
VIOLATIONS SUBJECT TO STOP OF WORK, FINES, OR REVOKED PERMIT
For Assistance or to report Violations, Please Call:
Mon. - Fri. 8 AM to 5 PM: (630) 654-8181
Non-Business Hours (Police): (630) 323-8181

AJAX

Tyvek
Tyvek
Tyvek
Tyvek